NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONTENT EXTRACTION AND TRANSMISSION LLC,**
*Plaintiff-Appellant,*

v.

**WELLS FARGO BANK, NATIONAL ASSOCIATION,**
*Defendant-Appellee,*

AND

**THE PNC FINANCIAL SERVICES GROUP, INC. AND PNC BANK, N.A.,**
*Defendants-Appellees.*

------------------------------------------------------

**DIEBOLD, INCORPORATED,**
*Plaintiff-Appellee,*

v.

**CONTENT EXTRACTION AND TRANSMISSION LLC,**
*Defendant-Appellant,*

AND

**MITCHELL MEDINA, CATHERINE ELIAS, JOHN DOE COMPANIES 1-100, JOHN DOE COMPANIES**

**1-99, TD BANK GROUP, TD BANK, N.A.,** AND **JEAN-MARC ZIMMERMAN,**
*Defendants.*

———————

2013-1588, -1589, 2014-1112

———————

Appeals from the United States District Court for the District of New Jersey in Nos. 12-CV-2501, 12-CV-6960, and 3:12-CV-07640, Judge Michael A. Shipp.

———————

**ON MOTION**

———————

**O R D E R**

Content Extraction and Transmission, LLC, moves without opposition to consolidate appeal no. 2014-1112 with appeal nos. 2013-1588 and 2013-1589, which have already been consolidated.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Content Extraction and Transmission's opening brief is due no later than January 21, 2014.

(2) The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25